| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Regional Chief Counsel |
| 3 | DANIEL P. TALBERT<br>Special Assistant United States Attorney |
| 4 |     Social Security Administration<br>    160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105<br>    Telephone: (415) 977-8995 |
| 6 |     Facsimile: (415) 744-0134<br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARTURO SANCHEZ NUNEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-00324-DB<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will conduct any necessary further proceedings, including but not limited to re-evaluating the medical opinion evidence, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

//

Respectfully submitted July 1, 2020.

DATED: June 30, 2020               */s/ Meghan O. Lambertl*
                                   MEGHAN O. LAMBERT
                                   (as authorized by email)
                                   Attorney for Plaintiff

                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: July 1, 2020        By      *s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner and close this action.

DATED: JULY 1, 2020            /S/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE

2