MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8995
Fax: (415) 744-0134
E-mail: Daniel.Talbert@ssa.gov
Attorneys for Defendant

Meghan O. Lambert, Esq.
Osterhout Berger Disability Law, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
Phone: 412-794-8003
Meghan@mydisabilityattorney.com
CA Bar ID: 258040
Attorney for Plaintiff, Arturo Sanchez Nunez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ARTURO SANCHEZ NUNEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | No.  2:20-cv-0324 DB<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

     TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF

THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of SEVEN THOUSAND, FIVE HUNDRED DOLLARS and 00/100 ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert at 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SEVEN THOUSAND, FIVE HUNDRED DOLLARS and 00/100 ($7,500.00) in EAJA attorney fees. These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Meghan O. Lambert, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: September 23, 2020        /s/ *Meghan O. Lambert*
                                MEGHAN O. LAMBERT
                                Attorney for Plaintiff

Dated: September 23, 2020        MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                          By:   */s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant
                                (*Permission to use electronic signature
                                obtained via email on 9/23/20).

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 28, 2020     /S/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE